Argued April 20, affirmed April 20, reconsideration denied May 26,
petition for review denied June 22, 1976

STATE OF OREGON, *Respondent,*

*v.*

JOHN EDWARD HUMPHREY, *Appellant.*

(No. 92360, CA 5576)

548 P2d 1318

*Robert C. Cannon,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Kevin L. Mannix,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before Schwab, Chief Judge, and Langtry and Thornton, Judges.

PER CURIAM.

## PER CURIAM.

In this case defendant was indicted for attempted murder, ORS 163.115 and 161.405, and found guilty on jury trial of the lesser crime of assault in the first degree, ORS 163.185. The only arguable question is whether three pictures received in evidence which displayed wounds to the victim's head were so gruesome as to be prejudicial. The state was seeking by the pictures to show there was intent to murder. We have viewed the pictures and conclude that they were not prejudicial. We note in particular that the jury must not have found them prejudicial for it convicted only of assault.

Affirmed.